IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN WAYNE JARMAN,            )
                              )
     Appellant,               )
                              )    CIVIL ACTION NO.
     v.                       )    2:14cv1133-MHT
                              )         (WO)
GULFINANCE LLC,               )
                              )
     Appellee.                )
```

OPINION

Appellant John Wayne Jarman, a debtor in bankruptcy, brought an adversary proceeding against appellee Gulfinance, LLC, an insurance company, in United States bankruptcy court. Gulfinance filed a motion to dismiss Jarman's first amended complaint, and the bankruptcy court granted the motion. This cause is now before the court on appeal, and jurisdiction has been properly invoked pursuant to 28 U.S.C. § 158(a). After an independent and de novo review of the record and for the reasons set forth by the bankruptcy court, this district court affirms the decision of the bankruptcy court dismissing the adversary proceeding.

However, this court adds this comment. It is undisputed that the finance agreement at issue identifies appellant's wife as "the borrower." In short, as a result, whether appellant's wife is independently liable was a colorable state-court matter not subject to stay by appellant's bankruptcy proceeding, nor litigable in any way in the bankruptcy court.

An appropriate judgment will be entered.

DONE, this the 20th day of August, 2015.

                                            /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**